

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DULAURY FERREIRA,

        Plaintiff,

-against-

FAUSTO JAVIER VELOZ SORIANO, et al.,

        Defendants.

1:21-CV-1094 (NRB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The in-person settlement conference scheduled for August 19, 2021, at 2:15 p.m. will instead begin at **1:30 p.m.** that same day, **August 19, 2021.**

Dated: New York, New York
      August 10, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**