# THE LINDEN LAW GROUP, P.C.

5 Penn Plaza, 23rd Floor
New York, New York 10001
(212) 835-1532
(718) 425-0692 (Fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/21

August 11, 2021

**MEMO ENDORSED**

<u>Via ECF</u>

Mag. J. Barbara Moses
United States District Court, S.D.N.Y.
500 Pearl St.
New York, New York 10007

      Re:    *Dulaury Ferreira v. Veloz Soriano, et al.*
             *Civil Action No:* 21-CV-1094 (NRB)

Dear Judge Moses:

    This office represents Plaintiff in this matter. This matter is scheduled for a Settlement Conference on August 19, 2021.

    Due to my jury trial in the WDNY and other matters this month, I conferred with defense counsel to reschedule the Settlement Conference from August 19, 2021. Counsel has agreed to 9/10/21, but is checking with his client as to the following alternate dates:

1) September 3, 2021;

2) September 10, 2021; or

3) September 14, 2021.

    This is my first request to adjourn this Conference.

    Thanking the Court and counsel for attention to this matter.

                                        Very truly yours,

                                        *Jeffrey Benjamin*

                                        Jeffrey Benjamin, Esq.

---

Application GRANTED. The settlement conference currently scheduled for August 19, 2021, is hereby ADJOURNED to **September 14, 2021, at 2:15 p.m.** All other provisions in the Court's Order Scheduling Settlement Conference dated June 17, 2021 (Dkt. No. 22) remain in effect. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
August 17, 2021