```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DULAURY FERREIRA,

                    Plaintiff,

                                                    ORDER
          - against –
                                            21 Civ. 1094 (NRB)
FAUSTO JAVIER VELOZ SORIANO,

                    Defendant.
------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 45 days.

DATED:    New York, New York
          March 31, 2022

_____
     NAOMI REICE BUCHWALD
  UNITED STATES DISTRICT JUDGE